```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 06 B 03265
   MARVIN H ZERWEKH
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-9026

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 03/29/2006 and was confirmed 06/05/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 03/19/2008.
------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------
LVNV FUNDING LLC          UNSEC W/INTER    1106.49        104.35        320.79
ECAST SETTLEMENT CORP     UNSEC W/INTER   28411.56       3294.95       8247.19
DISCOVER FINANCIAL SERVI  UNSEC W/INTER    6389.05        740.94       1854.60
DR ALBERT M CASTELLAN     UNSEC W/INTER NOT FILED            .00           .00
FIFTH THIRD BANK          UNSEC W/INTER   11086.03       1285.67       3217.99
HSBC/CARSONS              UNSEC W/INTER NOT FILED            .00           .00
SHELL/CITI                UNSEC W/INTER NOT FILED            .00           .00
ECAST SETTLEMENT CORP     UNSEC W/INTER   15841.74       1837.22       4598.46
*MACEY & ALEMAN           DEBTOR ATTY      2,000.00                    2,000.00
TOM VAUGHN                TRUSTEE                                      1,576.41
DEBTOR REFUND             REFUND                                           5.43

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              29,084.00

PRIORITY                                      .00
SECURED                                       .00
UNSECURED                               18,239.03
    INTEREST                             7,263.13
ADMINISTRATIVE                           2,000.00
TRUSTEE COMPENSATION                     1,576.41
DEBTOR REFUND                                5.43
                    --------------     --------------
TOTALS               29,084.00          29,084.00



                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 03265 MARVIN H ZERWEKH
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 06/23/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```